COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Alston, Decker and Senior Judge Coleman


MARY ELIZABETH CLANAHAN

                                                MEMORANDUM OPINION[*]
v.      Record No. 1742-13-4                           PER CURIAM
                                                    JANUARY 7, 2014

SHENANDOAH COUNTY PUBLIC SCHOOLS AND
 VIRGINIA ASSOCIATION OF COUNTIES RISK POOL


        FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Bradley G. Pollack, on brief), for appellant. Appellant submitting
            on brief.

            (John C. Johnson; Frith Anderson & Peake, P.C., on brief), for
            appellees. Appellees submitting on brief.


        Mary Elizabeth Clanahan ("claimant") appeals a decision of the Workers' Compensation

Commission finding the evidence insufficient to establish a causal connection between the June

4, 2010 compensable accident and her migraines and neck conditions.

        Upon reviewing the opening brief, we affirm the commission's opinion because claimant

failed to comply with Rule 5A:20(e), which mandates that the opening brief include "[t]he

standard of review and the argument (including principles of law and authorities) relating to each

assignment of error." Claimant cites no legal authorities supporting her arguments. See Fadness

v. Fadness, 52 Va. App. 833, 851, 667 S.E.2d 857, 866 (2008) ("If the parties believed that the

circuit court erred, it was their duty to present that error to us with legal authority to support their

contention."); Parks v. Parks, 52 Va. App. 663, 664, 666 S.E.2d 547, 548 (2008).

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

Claimant has the burden of showing that reversible error was committed.  See Lutes v. Alexander, 14 Va. App. 1075, 1077, 421 S.E.2d 857, 859 (1992).  Unsupported assertions of error "do not merit appellate consideration."  Buchanan v. Buchanan, 14 Va. App. 53, 56, 415 S.E.2d 237, 239 (1992).  Accordingly, we affirm the commission's final opinion, Clanahan v. Shenandoah Cnty. Pub. Schs., VA00000307592 (Aug. 13, 2013).

Affirmed.